**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| CARRIE TEAGER, and<br>MARY TEAGER, | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| vs. | )<br>) |
| SUNRISE CREDIT SERVICES, INC., | )<br>) |
| Defendant. | ) |

**COMPLAINT**

**INTRODUCTION**

1. Plaintiffs Carrie Teager and Mary Teager bring this action to secure redress from unlawful credit and collection practices engaged in by defendant Sunrise Credit Services, Inc. Plaintiffs allege violation of the Fair Debt Collection Practices Act, 15 U.S.C. §1692 et seq. (FDCPA") and the Illinois Collection Agency Act, 225 ILCS 425/1 et seq. ("ICAA").

2. The FDCPA broadly prohibits unfair or unconscionable collection methods; conduct which harasses, oppresses or abuses any debtor; and any false, deceptive or misleading statements, in connection with the collection of a debt; it also requires debt collectors to give debtors certain information. 15 U.S.C. §§1692d, 1692e, 1692f and 1692g.

3. The Illinois Collection Agency Act reflects a determination that "The practice as a collection agency by any entity in the State of Illinois is hereby declared to affect the public health, safety and welfare and to be subject to regulation and control in the public interest. It is further declared to be a matter of public interest and concern that the collection agency profession merit and receive the confidence of the public and that only qualified entities be permitted to practice as a collection agency in the State of Illinois. This Act shall be liberally construed to carry out these objects and purposes. . . . It is further declared to be the public policy of this State to protect consumers against debt collection abuse." 225 ILCS 425/1a.

## VENUE AND JURISDICTION

4. This Court has jurisdiction under 15 U.S.C. §1692k (FDCPA) and 28 U.S.C. §§1331, 1337 and 1367.

5. Venue and personal jurisdiction in this District are proper because defendant's collection communications were received by plaintiffs within this District.

## PARTIES

6. Plaintiffs Carrie Teager and Mary Teager are individuals who reside in a home located within the Northern District of Illinois.

7. Defendant Sunrise Credit Services, Inc. is a corporation with offices at 260 Airport Plaza, Farmingdale, NY 11735. It does or transacts business in Illinois.

8. Sunrise Credit Services, Inc. regularly uses the mails and telephone to collect consumer debts originally owed to others.

9. Sunrise Credit Services, Inc. is a debt collector under the FDCPA.

10. Sunrise Credit Services, Inc. is a collection agency under the ICAA.

## FACTS

11. Defendant has been attempting to collect from plaintiffs Carrie Teager and Mary Teager an alleged debt incurred for personal, family or household purposes and not for business purposes.

12. On Nov. 3, 2010, the following voicemail message was left on a number used by Carrie Teager:

> This message is for Carrie or Mary Teager. Please contact Renee Green at 1 866 314-3185. I can be reached at extension 2179 til 4pm today. However, my office hours are available til 10pm tonight. Again, this message is for Carrie or Mary Teager and it is important that you return my call today.

13. The number 866-314-3185 is issued to defendant.

14. On Nov. 4, 2010, the following voicemail message was left on a number used by Carrie Teager:

> Hi, this message is for Carrie Teager and for Mary Teager. Please contact me, my

name is Anne Hamilton. The phone number is 1 866 314-3185. It is indeed important that you return my call today and I will be available til 10pm tonight. Thank you.

15. On Nov. 8, 2010, the following voicemail message was left on a number used by Carrie Teager:

Hello, this message is for Carrie Teager and Mary Teager. Please contact me, my name is Anne Hamilton. My number is 1 866 314-3185. It is important you return my call today. Thank you.

16. On Nov. 9, 2010, the following voicemail message was left on a number used by Carrie Teager:

This message is for Carrie Teager and Mary Teager. Please contact Tom Miller, 866 314-3185. It is important you return the phone call tonight.

17. On Nov. 10, 2010, the following voicemail message was left on a number used by Carrie Teager:

This message is for Carrie or Mary Teager. Please contact Renee Green at 1 866 314-3185. I can be reached at extension 2179 til 4pm EST today. However, my office hours are available til 10pm EST tonight. Again, this message is for Carrie or Mary Teager and it is important that you return my call today.

18. On Nov. 15, 2010, the following voicemail message was left on a number used by Carrie Teager:

Hi, this message is for Carrie or Mary Teager. Please contact Lisa Matha at 1 866 314-3185. It is important you return this call today. Thank you.

19. On Nov. 17, 2010, the following voicemail message was left on a number used by Carrie Teager:

This message is for Carrie Teager and Mary Teager. Please contact Tom Miller, 866 314-3185.

20. On Nov. 18, 2010, the following voicemail message was left on a number used by Carrie Teager:

This message is for Carrie Teager and Mary Teager. Please contact Tom Miller, 866

3

314-3185. It is important you return the phone call tonight.

21. On Nov. 23, 2010, the following voicemail message was left on a number used by Carrie Teager:

> Hello, this message is for Carrie Teager and Mary Teager. Please contact me, my name is Anne Hamilton. My number is 1 866 314-3185. It is important you return my call today. Thank you.

22. On Nov. 24, 2010, the following voicemail message was left on a number used by Carrie Teager:

> Hi, this message is for Carrie or Mary Teager. Please contact Lisa Matha at 1 866 314-3185. It is important you return this call today. Thank you.

23. On Nov. 26, 2010, the following voicemail message was left on a number used by Carrie Teager:

> Good afternoon. This message is for Carrie or Mary Teager. Please contact me, my name is Beth Mahoney. My phone number is 866 314-3185 extension 2180. It is important that I speak to you, please return my call today. Thank you.

24. On Nov. 29, 2010, the following voicemail message was left on a number used by Carrie Teager:

> Hi, this message is for Carrie or Mary Teager. Please contact Lisa Matha at 1 866 314-3185. It is important you return this call today. Thank you.

25. On Nov. 30, 2010, the following voicemail message was left on a number used by Carrie Teager:

> Good morning. This message is for Carrie or Mary Teager. Please contact me, my name is Beth Mahoney. My phone number is 866 314-3185 and I can be reached at extension 2153. Its important that you return my phone call today. Thank you.

26. On Dec. 7, 2010, the following voicemail message was left on two numbers used by Carrie Teager:

> Hi, this message is for Carrie Teager. Please contact Lisa Matha at 1 866 314-3185. It is important you return this call today. Thank you.

27. On Dec. 8, 2010, the following voicemail message was left on two numbers used by Carrie Teager:

> Hi, this message is for Carrie Teager. Please contact Lisa Matha at 1 866 314-3185. It is important you return this call today. Thank you.

28. On Dec. 13, 2010, the following voicemail message was left on a number used by Carrie Teager:

> Message for Carrie and Mary Teager. Please contact Lisa Matha at 1 866 314-3185. It is important you return this call today. Thank you.

29. A similar message was also left on a work number used by Carrie Teager.

30. On Dec. 16, 2010, the following voicemail message was left on a number used by Carrie Teager:

> This message is for Carrie Teager and Mary Teager. Please contact Tom Miller, today 866 314-3185. It is important you return the phone call.

31. On Dec. 16, 2010, the following voicemail message was left on a cellphone number used by Carrie Teager:

> ... Mary Teager. Please contact Tom Miller, today 866 314-3185. It is important you return the phone call.

32. Also on Dec. 16, 2010, a similar voicemail message was left on a number used by one Forrest Johnson.

33. On Dec. 27, 2010, the following voicemail message was left on a number used by Carrie Teager:

> Message to Carrie Teager and Mary Teager. This is Monica Malhal, please contact me at 1 866 314-3185, my extension 2182.

34. On Dec. 28, 2010, the following voicemail message was left on a number used by Carrie Teager:

> This message is for Carrie Teager, Carrie, this is Trisha calling, I do need a phone call back. I can be reached at 866 314-3185, extension 2178. Thank you.

5

35. On Dec. 28, 2010, the following voicemail message was left on a number used by Carrie Teager:

> (Laughter) This message is for Carrie Teager, Carrie, this is Trisha calling, I do need a phone call back. I can be reached at 866 314-3185, my direct extension is 2178. Thank you.

36. On Dec. 29, 2010, the following voicemail message was left on a number used by Carrie Teager:

> Hi Carrie Teager. Good afternoon. My name is Vito Bartin. Carrie, please return my call. My number is 866 314-3185, my extension 2177. It's important if you or Mary Teager returns my call today and I'm available up til 10pm. Thank you.

37. On Dec. 30, 2010, the following voicemail message was left on a number used by Carrie Teager:

> This message is for Carrie Teager or Mary Teager, please contact me, Anne Hamilton. My phone number is 1 866 314-3185 and it is indeed important you return my call today. Thank you.

38. Also on Dec. 30, 2010, the following voicemail message was left on a number used by one Forrest Johnson:

> Hello, this message is for Carrie Teager. Please contact me, Anne Hamilton. My phone number is 1 866 314-3185 and it is indeed important you return my call today. Thank you.

39. Also on Dec. 30, 2010, the following voicemail message was left on a number used by Carrie Teager:

> This message is for Carrie Teager and Mary Teager. This is Trisha calling. I do need a phone call back. I can be reached at 866 314-3185, my direct extension is 2178. It is important I do get a call back today.

40. The calls did not identify the company calling or state that the calls were for debt collection purposes.

41. Carrie Teager and Mary Teager were annoyed by the anonymous messages left for them, and embarrassed by the messages left for Forrest Johnson.

## COUNT I – FDCPA

42. Plaintiffs Carrie Teager and Mary Teager incorporate paragraphs 1-41.

43. Each telephone message was a "communication" within the meaning of 15 U.S.C. §§1692d(6) and 1692e. *Ramirez v. Apex Financial Mgmt., LLC,* 567 F.Supp.2d 1035 (N.D.Ill. 2008); *Foti v. NCO Financial Systems*, 424 F.Supp.2d 643, 669 (S.D.N.Y. 2006); *Hosseinzadeh v. M.R.S. Associates, Inc.*, 387 F.Supp.2d 1104, 1112, 1118 (C.D.Cal. 2005); *Joseph v. J. J. MacIntyre Cos.,* 281 F.Supp.2d 1156 (N.D.Cal. 2003); *Stinson v. Asset Acceptance, LLC,* 1:05cv1026, 2006 WL 1647134, 2006 U.S. Dist. LEXIS 42266 (E.D. Va., June 12, 2006); *Belin v. Litton Loan Servicing, LP,* 8:06-cv-760-T-24 EAJ, 2006 U.S. Dist. LEXIS 47953 (M.D.Fla., July 14, 2006); *Leyse v. Corporation Collection Servs.*, 03 Civ. 8491, 2006 U.S.Dist. LEXIS 67719 (S.D.N.Y. Sept. 18, 2006).

44. Each telephone message to Carrie Teager and Mary Teager on a number used by them violated 15 U.S.C. §§1692d(6) and 1692e(11). None of the messages identified the company placing the call and none of the messages contained the e(11) warning. *Hosseinzadeh v. M.R.S. Associates, Inc.*, 387 F.Supp.2d 1104, 1112, 1118 (C.D.Cal. 2005); *Wright v. Credit Bureau of Georgia, Inc.*, 548 F.Supp. 591, 593 (N.D.Ga. 1982); *Valencia v. Affiliated Group, Inc.,* 07-61381, 2008 U.S. Dist. LEXIS 73008 (S.D.Fla., Sept. 23, 2008).

45. 5 U.S.C. §1692d(6) makes it unlawful for a debt collector to engage in the following conduct: "Except as provided in section 1692b of this title, the placement of telephone calls without meaningful disclosure of the caller's identity."

46. Section 1692e provides:

**§ 1692e.     False or misleading representations [Section 807 of P.L.]**

**A debt collector may not use any false, deceptive, or misleading representation or means in connection with the collection of any debt. Without limiting the general application of the foregoing, the following conduct is a violation of this section: . . .**

**(11) The failure to disclose in the initial written communication with the consumer and, in addition, if the initial communication with the consumer is oral, in that initial oral communication, that the debt**

7

> **collector is attempting to collect a debt and that any information obtained will be used for that purpose, and the failure to disclose in subsequent communications that the communication is from a debt collector, except that this paragraph shall not apply to a formal pleading made in connection with a legal action. . . .**

47. The messages left on a number issued to Forrest Johnson, violated 15 U.S.C. §1692c, in that they were unauthorized third party communications.

48. Section 1692c provides:

> **§ 1692c.  Communication in connection with debt collection**
>
> **. . . (b) Communication with third parties.  Except as provided in section 804 [15 U.S.C. § 1692b, dealing with location information], without the prior consent of the consumer given directly to the debt collector, or the express permission of a court of competent jurisdiction, or as reasonably necessary to effectuate a postjudgment judicial remedy, a debt collector may not communicate, in connection with the collection of any debt, with any person other than the consumer, his attorney, a consumer reporting agency if otherwise permitted by law, the creditor, the attorney of the creditor, or the attorney of the debt collector. . . .**
>
> **(d) "Consumer" defined.  For the purpose of this section, the term "consumer" includes the consumer's spouse, parent (if the consumer is a minor), guardian, executor, or administrator.**

WHEREFORE, the Court should enter judgment in favor of plaintiffs Carrie Teager and Mary Teager, and against defendant for:

    (1)    Statutory damages;

    (2)    Attorney's fees, litigation expenses and costs of suit;

    (3)    Such other and further relief as the Court deems proper.

## COUNT II – ILLINOIS COLLECTION AGENCY ACT

49. Plaintiffs Carrie Teager and Marry Teager incorporate paragraphs 1-41.

50. The messages to Carrie Teager and Mary Teager violated the following provisions of 225 ILCS 425/9:

> **. . . (21) Failing to disclose to the debtor or his or her family the corporate, partnership or proprietary name, or other trade or business name, under which the debt collector is engaging in debt collections and which he or she is legally authorized to use. . . .**

51. The messages left for Forrest Johnson violated 225 ILCS 425/9.2:

**225 ILCS 425/9.2. (Effective January 1, 2008) Communication in connection with debt collection**

**. . . (b) Except as provided in Section 9.1 of this Act [225 ILCS 425/9.1, dealing with location information], without the prior consent of the debtor given directly to the debt collector or collection agency or the express permission of a court of competent jurisdiction or as reasonably necessary to effectuate a post judgment judicial remedy, a debt collector or collection agency may not communicate, in connection with the collection of any debt, with any person other than the debtor, the debtor's attorney, a consumer reporting agency if otherwise permitted by law, the creditor, the attorney of the creditor, or the attorney of the collection agency. . . .**

**(d) For the purposes of this Section, "debtor" includes the debtor's spouse, parent (if the debtor is a minor), guardian, executor, or administrator.**

52. A private right of action exists for violation of the ICAA. *Sherman v. Field Clinic*, 74 Ill. App. 3d 21, 392 N.E.2d 154 (1st Dist. 1979).

WHEREFORE, plaintiffs request that the Court grant the following relief in favor of plaintiffs Carrie Teager and Mary Teager and against defendant:

(1) Compensatory, nominal, and punitive damages;

(2) Costs.

(3) Such other and further relief as is appropriate.


/s/ Daniel A. Edelman
Daniel A. Edelman

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
EDELMAN, COMBS, LATTURNER
    & GOODWIN, L.L.C.
120 S. LaSalle Street, 18th Floor
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)

## NOTICE OF LIEN AND ASSIGNMENT

Please be advised that we claim a lien upon any recovery herein for 1/3 or such amount as a court awards. All rights relating to attorney's fees have been assigned to counsel.

/s/ Daniel A. Edelman
Daniel A. Edelman

Daniel A. Edelman
EDELMAN, COMBS, LATTURNER
 & GOODWIN, LLC
120 S. LaSalle Street, 18th Floor
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)