**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| CARRIE TEAGER, and | ) | |
| MARY TEAGER, | ) | |
| | ) | 11-cv-1111 |
| Plaintiffs, | ) | |
| | ) | Judge Harry D. Leinenweber |
| vs. | ) | |
| | ) | Magistrate Judge Jeffrey Cole |
| SUNRISE CREDIT SERVICES, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**<u>NOTICE OF DISMISSAL</u>**

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i), Plaintiffs hereby give notice that the

above-entitled case should be dismissed with prejudice.

Respectfully submitted,


<u>s/ Cassandra P. Miller</u>
Cassandra P. Miller


Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Cassandra P. Miller
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 S. LaSalle Street, Suite 1800
Chicago, IL 60603
(312) 739-4200
(312) 419-0379 (FAX)

<u>**CERTIFICATE OF SERVICE**</u>

I, Cassandra P. Miller, hereby certify that on April 14, 2011, a copy of the foregoing document was filed electronically using the Court's CM/ECF system. I caused the foregoing document to be sent via US Mail and facsimile to the following:

Sunrise Credit Services, Inc.

c/o Benjamin Carroccio
Vice-President/General Counsel
The Sunrise Family of Companies
260 Airport Plaza
Farmingdale, New York 11735
Ph# 800-208-8565
Fax# 631-501-8529


s/ Cassandra P. Miller
Cassandra P. Miller


Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Cassandra P. Miller
EDELMAN, COMBS, LATTURNER
& GOODWIN LLC
120 S. LaSalle Street, 18th Floor
Chicago, Illinois  60603
(312) 739-4200
(312) 419-0379 (FAX)